# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LEONELA DAVILA, individually and on behalf of all others similarly situated,**<br><br>       **Plaintiff,**<br><br>      -v-<br><br>**COAST PROFESSIONAL INC.,**<br><br>       **Defendant.** | **Civil Case Number:  2:19-cv-19083-MCA-LDW** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant **COAST PROFESSIONAL INC.** in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   June 29, 2020

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br><br>*Attorneys for Plaintiff*<br>*Leonela Davila* | /s/ Aaron Raphael Easley<br>Aaron Raphael Easley, Esq.<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC<br>3 Cross Creek Drive<br>Flemington, NJ 08822<br>Tel: (908) 237-1660<br>Email: aeasley@sessions-law.biz<br><br>*Attorneys for Defendant*<br>*Coast Professional Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**LEONELA DAVILA, individually and on behalf of all others similarly situated,**

           **Plaintiff,**

     **-v-**

**COAST PROFESSIONAL INC.,**

           **Defendant.**

Civil Case Number:  2:19-cv-19083-MCA-LDW

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 29, 2020 Stipulation of Dismissal, all claims asserted against Defendant **COAST PROFESSIONAL INC.** in Civil Action No. **2:19-cv-19083-MCA-LDW**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS**  30th   **day of June 2020.**

                                 HONORABLE MADELINE COX ARLEO
                                 UNITED STATES DISTRICT JUDGE